EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Conferencia Judicial de Puerto Rico | 2004 TSPR 95  161 DPR _____ |
|---|---|

Número del Caso: EC-2004-1


Fecha: 17 de junio de 2004


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

|  |  |  |
|---|---|---|
| Conferencia Judicial de Puerto Rico | EC-2004-01 | Señalamiento para la Vigésimo Tercera Sesión Ordinaria de la Conferencia Judicial de Puerto Rico: Agenda y Reglas |

RESOLUCIÓN

San Juan, Puerto Rico, 17 de junio de 2004

Por la presente se convoca a los jueces y a las juezas del Tribunal General de Justicia y a las personas que son miembros de la Conferencia Judicial, a la Vigésimo Tercera Sesión Ordinaria de la Conferencia Judicial, a celebrarse el viernes 9 de julio de 2004 en el Salón de Actos del Tribunal de Apelaciones.

Los Jueces Administradores y las Juezas Administradoras, en consulta con los jueces y las juezas de sus respectivas regiones judiciales, tomarán las medidas necesarias para que el mayor número de éstos o éstas pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante este día. Además, se tomarán las medidas de rigor para que las labores de investigación y de determinación de causa probable sean atendidas adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los y las Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales, la implantación de las medidas que sean necesarias, a los fines de cumplir con lo dispuesto en el párrafo precedente.

Se instruye a la Directora Interina del Secretariado de la Conferencia Judicial a realizar todas las gestiones y los trabajos de coordinación requeridos para esta Conferencia.

Los trabajos de la Vigésimo Tercera Sesión Ordinaria de la Conferencia Judicial de Puerto Rico se regirán por la siguiente agenda:

## SESIÓN DE LA MAÑANA

7:30 a.m.   Registro de Participantes, Invitados e
            Invitadas a la Conferencia Judicial

8:30 a.m.   Sesión de Apertura de la Conferencia:
            Mensaje sobre el Estado de la Implantación de
            la Ley de la Judicatura
            Hon. Miriam Naveira Merly, Jueza Presidenta

9:00 a.m.   Sesión Plenaria:
            Proyectos o Medidas de Reforma Judicial

            Primer Panel:  Comité para la Revisión de los
            Cánones de Ética Judicial
            Hon. Federico Hernández Denton, Presidente

            Segundo Panel: Comité de Revisión de las Reglas
            de Procedimiento de Disciplina de Jueces y
            Juezas
            Hon. Aida N. Molinary, Presidenta

10:00 a.m.  Sesión de Discusión

10:15 a.m.  Receso

10:45 a.m.  Tercer Panel: Junta de Educación Jurídica
            Continua
            Dr. Efraín González Tejera, Presidente

            Cuarto Panel: Educación Continua de Jueces y
            Juezas
            Hon. Liana Fiol Matta, Decana
            Academia Judicial

11:45 a.m.  Sesión de Discusión

12:00       Almuerzo

**SESIÓN DE LA TARDE**

2:00 p.m.     Continuación de los Trabajos de la Sesión Plenaria

Quinto Panel:  Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio
Hon. Dolores Rodríguez de Oronoz
Presidenta

Sexto Panel:  Recomendaciones de la Comisión de Acceso a la Justicia
Lcdo. José Alberto Morales, Presidente

Séptimo Panel:  Medidas de Reforma en el Tribunal de Apelaciones
Hon. Dolores Rodríguez de Oronoz
Jueza Administradora
Tribunal de Apelaciones

3:30 p.m.     Sesión de Discusión

3:45 p.m.     Receso

4:00 p.m.     Mensaje de Clausura:
Proyecciones y Recomendaciones
Hon. Miriam Naveira Merly, Jueza Presidenta

4:30 p.m.     Clausura de los Trabajos

Los procedimientos durante la Conferencia Judicial se regirán por las siguientes reglas:

1. La Jueza Presidenta llamará al orden y declarará constituida, para comenzar sus trabajos la Conferencia Judicial.

2. Los teléfonos celulares deberán mantenerse apagados o en su modalidad silenciosa.

3. La Directora Administrativa de los Tribunales, Hon. Lirio Bernal Sánchez, se desempeñará como la Secretaria de la Conferencia Judicial, y será la moderadora a cargo de presentar la agenda de los trabajos del día.

4. Podrán participar en la discusión plenaria, los jueces, las juezas, los miembros de la Conferencia Judicial y los invitados e invitadas.

5. El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6. La Jueza Presidenta podrá declarar fuera de orden cualquier planteamiento que no sea pertinente a los temas de la Conferencia Judicial.

7. Los comentarios y las sugerencias que se presenten durante la Sesión Plenaria y posterior a ésta serán objeto de estudio y análisis por el Secretariado de la Conferencia Judicial, la Oficina de Administración de los Tribunales y el Tribunal Supremo.

8. La Secretaria del Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que la Directora Interina del Secretariado de la Conferencia Judicial, las Asesoras Legales y el personal del Secretariado, y otro personal designado, asistirán al Tribunal y a los participantes de la Conferencia Judicial, durante los preparativos y los trabajos.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

Publíquese.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo